**Hugh McHenry WARNER, Appellant,**

v.

**David L. DAVIS, Warden, Kentucky State Reformatory, Appellee.**

Court of Appeals of Kentucky.

March 20, 1964.

Rehearing Denied May 15, 1964.

For dissenting opinion see 377 S.W.2d 878.

————◆————

Hugh McHenry Warner, pro se.

John B. Breckinridge, Atty. Gen., for appellee.

PALMORE, Judge.

This is a habeas corpus proceeding in which the appellant, a prisoner in the Kentucky State Reformatory, seeks to set aside on constitutional grounds the judgment of conviction pursuant to which he is imprisoned. In the absence of a showing that the remedy by motion under RCr 11.42 is inadequate, his petition was properly dismissed. Ayers v. Davis, Ky., 377 S.W.2d 154.

The judgment is affirmed.